MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
ROBERT I. KABAKOFF,              :
                                 :
            Plaintiff,           :
                                 :
      - v. -                     :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   07 Civ. 10513 (LBS)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from April 7, 2008 to and including June 6, 2008.  The reason for the request is

COPIES MAILED TO ALL PARTIES
4-1-08 ??

because the defendant's counsel has not yet been able to complete his review of the administrative record. One previous extension has been granted in this case.

Dated: New York, New York
       March /3, 2008

                              CENTER FOR DISABILITY ADVOCACY
                                 RIGHTS ("CEDAR"), INC.
                              Attorneys for Plaintiff

By: _____
    CHRISTOPHER J. BOWES, ESQ.
    100 Lafayette Street, Suite 304
    New York, New York  10013
    Tel. No.: (212) 979-0505

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York
    Attorney for Defendant

By: _____
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (21) 637-2712
    John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
4/1/08