**MEMO ENDORSED**

[RECEIVED SEP 10 2008 CHAMBERS OF LEONARD B. SAND]

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 9, 2008

By Hand

Honorable Leonard D. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

[USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9-10-08]

    Re: <u>Robert Kabakoff v. Astrue</u>
        07 Civ. 10513(LBS)

Dear Judge Sand:

    We write respectfully, on behalf of the parties, to ask the Court to adopt the proposed briefing schedule for the above-referenced Social Security case:

| Action | Due Date |
|---|---|
| Plaintiff's motion for judgment on the pleadings | October 10, 2008 |
| Defendant's cross-motion for judgment on the pleadings | November 12, 2008 |
| Plaintiff's reply (if any) | November 26, 2008 |
| Defendant's reply (if any) | December 10, 2008 |

Adopted
So ordered
[signature] Sand USDJ
9/10/08

**MEMO ENDORSED**

COPIES MAILED TO ALL PARTIES
9-10-08

We thank the Court for its attention to this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOHN E. GURA, Jr.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2750

cc: Christopher James Bowes, Esq.
    By Fax

